UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DENVER MCFADDEN,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                                        Defendants.

--------------------------------------------------------------------------x

        **NOTICE OF APPEARANCE**

        19-CV-5508 (VSB)

        **PLEASE TAKE NOTICE** that **Mostafa Khairy** hereby appears as counsel of record on behalf of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendant City of New York.  All papers and Electronic Case Filing notifications in this matter should henceforth be served on Mostafa Khairy at the address listed below.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 31, 2020

                              JAMES E. JOHNSON
                              Corporation Counsel of the City of New York
                              *Attorney for Defendant City of New York*
                              100 Church Street, Room 3-208
                              New York, NY 10007
                              (212) 356-2105

                        By: *Mostafa Khairy* /s/
                              Mostafa Khairy
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

cc:    **BY ECF**
       Denver McFadden #79286-054
       Plaintiff *Pro Se*
       Federal Correctional Institution Ashland
       P.O. Box 6001
       Ashland, KY 41105