```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DENVER MCFADDEN,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :         19-CV-5508 (VSB)
            -against-                                       :
                                                            :              ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On January 8, 2021, Plaintiff requested a stay of this action "for 90 days or until such time [as] the Covid 19 crisis is over." (Doc. 38.) On January 25, 2021, Defendants stated they "ha[d] no objection to plaintiff's request to stay this matter for ninety (90) days." (Doc. 54.) On January 26, I entered an order staying this action. (Doc. 55.) Since then, aside from Plaintiff's periodic updates as to his current address, (*see, e.g.*, Doc. 58), I have not heard from the parties. Accordingly, it is hereby:

      ORDERED that by November 12, 2021, the parties are to meet and confer regarding whether this action should remain stayed and file a joint letter explaining whether the stay should continue. If the parties disagree about whether this action should remain stayed, their joint letter should explain their respective positions. If the parties agree the stay can be lifted, they should include in their joint letter the information requested by my August 24, 2020 order, and they should also file a proposed case management plan as requested in that order. (*See* Doc. 48.)

      The Clerk of Court is respectfully directed to mail a copy of this Order and a copy of my order at docket number 48 to the pro se Plaintiff.

SO ORDERED.

Dated: October 18, 2021
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge