```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
DENVER MCFADDEN,                                           :
                                                           :
                            Plaintiff,                     :
                                                           :          19-CV-5508 (VSB)
              - against -                                  :
                                                           :              ORDER
                                                           :
CITY OF NEW YORK, et al.,                                  :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On March 15, 2022, pro se Plaintiff filed a letter indicating that he had identified four John Doe Defendants and that he wished to have them served so they can be added as parties to this action. (*See* Doc. 67.) Of the four Defendants identified in Plaintiff's letter, three were already named in my January 24, 2022 Order of Service, and one appears to be a correction of a name listed in that Order of Service. (*Compare id.* at 3–4, *with* Doc. 65, at 4.) In light of this, it is hereby

ORDERED that the Clerk of Court is directed to issue a summons to Defendant Alcantara Odaliza ("Odaliza"), 1 Police Plaza, New York, New York 10038. It is further

ORDERED that to allow Plaintiff to effect service on Odaliza through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Odaliza using the addresses of service provided above. The Clerk of Court is further instructed to issue a summons to Odaliza and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Odaliza

Plaintiff is advised that it is his responsibility to inquire of the U.S. Marshals Service as

to whether service has been made and if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If within 90 days of issuance of the summons, Plaintiff has not made service or requested an extension of time in which to do so, under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: April 18, 2022
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge