



Eldar Mayouhas
77 Water Street, Suite 2100
New York, New York 10005
Eldar.Mayouhas@lewisbrisbois.com
Direct: 646.783.0933

April 18, 2024                                                                                              File No. 55028.39

**Via ECF**:
Hon. Dale E. Ho
United States District Judge
United States Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The conference scheduled for April 26, 2024, is hereby ADJOURNED to **May 3, 2024, at 2:30 p.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 545441130, and press pound (#). SO ORDERED.
>
> The Clerk of Court is respectfully requested to terminate ECF No. 116 and to make a copy of this Order to the Plaintiff.
>
> Dale E. Ho
> United States District Judge
> New York, New York
> Dated: April 19, 2024

Re: ***McFadden, Denver v. City of New York, et al.***
Case No.: 19-cv-05508 (DEH)

Dear Judge Ho:

We represent New York City Health and Hospitals Corporation ("NYCHHC") and Dr. Erick Eiting ("NYCHHC Defendants") in this matter and submit the within letter requesting a brief adjournment of the discovery conference currently schedule for April 26, 2024 as the undersigned will be out of state in celebration of Passover from April 22 to May 2, 20224.

On April 5, 2024, co-defendant City of New York asked the Court for a conference to address outstanding discovery concerns and the Court, in turn, scheduled the conference for April 26, 2024. In reviewing my calendar, I realized that I will be out of state in celebration of Passover at the time. I wrote to the parties yesterday to seek a mutually convenient date to adjourn the conference to. Counsel for the City of New York and I are available on May 6, May 13 and May 16 from 9:00 a.m. to 3:00 p.m. I have yet to hear back from Mr. McFadden and have emailed him a copy of this letter.

Accordingly, we respectfully request that the conference be adjourned to one of the above dates.

Respectfully submitted,

Eldar Mayouhas of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
139215917.1