UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENVER MCFADDEN,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>       Defendants. | 19-CV-5508 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On April 5, 2024, counsel for the City Defendants requested a discovery conference regarding an anticipated motion to compel Plaintiff to provide certain discovery responses. ECF No. 114. On April 8, 2024, the Court granted that request, ordering Plaintiff to file a response to the letter by April 19, 2024. ECF No. 115. The Court additionally scheduled the discovery conference to take place on April 26, 2024, *id.*, and subsequently moved that conference to instead take place on May 3, 2024, *see* ECF No. 117.

  Plaintiff's April 19, 2024 deadline to submit a response to City Defendants' discovery letter has long passed, and the Court is not in receipt of Plaintiff's submission. Accordingly, the conference scheduled to take place on May 3, 2024, is hereby adjourned to instead take place on **May 16, 2024, at 12:30 p.m. (E.T.)**. On **May 16, 2024, at 12:30 p.m. (E.T.)**, the parties shall join the Court's teleconference line by dialing 646-453-4442, entering the meeting code 545441130, and pressing pound (#).

  Additionally, Plaintiff is **ORDERED** to file a response to City Defendants' discovery letter (attached here and located on the docket at ECF No. 114) by no later than **May 10, 2024**. Plaintiff shall in particular review and respond to the points raised in Defendants' deficiency letter (attached here and located on the docket at ECF No. 114-1).

Plaintiff is on notice that failure to take action in his case may result in the dismissal of his claims against the Defendants.

SO ORDERED.

Dated: May 2, 2024

New York, New York

_____<br>
DALE E. HO<br>
United States District Judge