UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Denver McFadden,<br><br>       Plaintiff,<br><br>   v.<br><br>City of New York, et al.,<br><br>       Defendant. | 19 Civ. 5508 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The parties are directed to appear for a telephonic status conference before the Court on December 9, 2024, at 12:00pm ET. The parties shall join the conference by dialing (646) 453-4442 and entering the conference id: 841 098 39, followed by the pound sign (#). This Order does not bear on the parties' discovery obligations and all discovery deadlines in the case remain.

  SO ORDERED.

Dated: December 6, 2024
   New York, New York

                     DALE E. HO
                 United States District Judge