UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Denver McFadden,<br><br>                        Plaintiff,<br><br>            v.<br><br>City of New York, et al.,<br><br>                      Defendants. | 19 Civ. 5508 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The parties in this matter appeared before the court for a post-discovery case management conference today. This order addresses: (1) a possible referral to mediation, (2) a tentative summary judgment briefing schedule, and (3) information about the City Bar Justice Centers Pro Se Law Clinic

(1) The parties were directed to confer after the conference about a possible referral to mediation for settlement. The defendants will submit separate letters, no later than January 10, 2025, updating the Court of their clients' respective positions on mediation and settlement.

(2) Unless otherwise instructed, the parties are directed to file their briefs in accordance with the Court's Individual Rules pursuant to the following schedule and page limits:

    i. Defendants' joint opening brief (25 pages) is due on February 17, 2025.

    ii. Plaintiff's opposition brief (25 pages) is due on March 19, 2025.

    iii. Defendants' joint reply (15 pages) is due on April 2, 2025.

(3) For technical or procedural questions about his case, Plaintiff may contact the Courts Pro Se Intake Unit at 212-805-0175 on weekdays between 8:30 a.m. and 5:00 p.m. (except on federal holidays). Separately, if Plaintiff seeks legal advice, he may contact the City Bar

Justice Centers Pro Se Law Clinic ("Clinic"), which assists parties proceeding pro se in federal civil cases in this District. The Clinic may be able to provide Plaintiff with advice in connection with his case. The Clinic is run by an organization called the City Bar Justice Center; it is not part of or run by the Court. Litigants may contact the City Bar Justice Center by going to https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ and completing the City Bar Justice Center's intake form for the Southern District of New York. The Clinic's hotline number is: 212-626-7383.

SO ORDERED.

Dated: December 19, 2024
New York, New York

DALE E. HO
United States District Judge

2