**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DENVER MCFADDEN,

                          Plaintiff,

              -against-                                    19 **CIVIL** 5508 (DEH)

                                                          ## JUDGMENT

CITY OF NEW YORK et al.,

                          Defendants.
-----------------------------------------------------------------X

              It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 30, 2025, NYCH+H Defendants'

motion for summary judgment is GRANTED, and the City Defendants' motion for summary

judgment is also GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

              September 30, 2025

                                                          **TAMMI M. HELLWIG**
                                                          _____
                                                              **Clerk of Court**

                              BY:            K. Mango
                                                          _____
                                                              **Deputy Clerk**